# EXHIBIT 4

| INVOICE | | |
|---|---|---|
| **Invoice No.** | **Invoice Date** | **Job No.** |
| 331901 | 5/17/2012 | 266742 |
| **Job Date** | **Case No.** | |
| 5/14/2012 | 411CV00601 | |
| **Case Name** | | |
| Wolff Shoe Company vs. Mosinger Company, LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

U.S. Legal Support - Chicago
200 West Jackson
Suite 600
Chicago, IL 60606
Phone:312-236-8352   Fax:312-236-3344

Kara Fussner, Esq.
Harness, Dickey & Pierce, P.L.C.
7700 Bonhomme
Suite 400
St. Louis, MO 63105

REPORTERS APPEARANCE FEE
   John Faulhaber
      Appearance Fee - Chicago - 1st 2 hours                                    130.00      130.00

                                               **TOTAL DUE >>>**         **$130.00**
                                               AFTER 7/1/2012  PAY         $143.00

Reference No.   :  83468

Online bill pay available at www.uslegalsupport.com

Appearance charges only.  Deposition cancelled as witness did not show.

Thank You For Choosing U.S. Legal Support!

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                              Phone: 314-726-7500   Fax:314-726-7501

*Please detach bottom portion and return with payment.*

---

Kara Fussner, Esq.
Harness, Dickey & Pierce, P.L.C.
7700 Bonhomme
Suite 400
St. Louis, MO 63105

Job No.       : 266742          BU ID        :47-Chicago
Case No.      : 411CV00601
Case Name     : Wolff Shoe Company vs. Mosinger Company, LLC
Invoice No.   : 331901          Invoice Date :5/17/2012
**Total Due   : $ 130.00**
AFTER 7/1/2012 PAY $143.00

**PAYMENT WITH CREDIT CARD**            AMEX  [MC]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **U.S. Legal Support (Chicago, Ill Reporting)**
           **75 Remittance Dr.**
           **Suite 6098**
           **Chicago, IL  60675-6098**