# EXHIBIT 5

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 332291 | 5/22/2012 | 266746 |
| Job Date | Case No. | |
| 5/14/2012 | 411CV00601 | |
| Case Name | | |
| Wolff Shoe Company vs. Mosinger Company, LLC | | |
| Payment Terms | | |
| Due upon receipt | | |

U.S. Legal Support - Chicago
200 West Jackson
Suite 600
Chicago, IL 60606
Phone:312-236-8352   Fax:312-236-3344

Kara Fussner, Esq.
Harness, Dickey & Pierce, P.L.C.
7700 Bonhomme
Suite 400
St. Louis, MO 63105

VIDEOTAPE SERVICES
   John Faulhaber/Video
      Video - Late Cancel Fee                                                      80.00     80.00

TOTAL DUE >>>   $80.00
AFTER 7/6/2012 PAY   $88.00

Reference No.   : 3686

Online bill pay available at www.uslegalsupport.com

Late cancellation fee for videography service.

Thank You For Choosing U.S. Legal Support!

(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   8.00
(=) New Balance:   88.00

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238

Phone: 314-726-7500   Fax:314-726-7501

*Please detach bottom portion and return with payment.*

Kara Fussner, Esq.
Harness, Dickey & Pierce, P.L.C.
7700 Bonhomme
Suite 400
St. Louis, MO 63105

Job No.     : 266746            BU ID       : 47-Chicago
Case No.    : 411CV00601
Case Name   : Wolff Shoe Company vs. Mosinger Company, LLC
Invoice No. : 332291            Invoice Date : 5/22/2012
Total Due   : $88.00

Remit To:   U.S. Legal Support (Chicago, Ill Reporting)
           75 Remittance Dr.
           Suite 6098
           Chicago, IL 60675-6098

**PAYMENT WITH CREDIT CARD**   AMEX  [MC]  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____